IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 12-36519-H2-13 |
| Raul E. Nino | § | |
| | § | |
| | § | |
| Debtor(s) | § | CHAPTER 13 |

### DEBTOR'S MOTION TO ALLOW NON-CONFORMING § 1328 CERTIFICATION

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS MOTION WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Raul E. Nino, Debtor(s), file(s) this Motion to Allow Non-Conforming § 1328 Certification:

1. Debtor filed this bankruptcy on 8/31/2012.

2. Debtor is behind on post-petition homeowner's association dues. Debtor intends to arrange a payment plan to provide for the post-petition obligations.

3. Debtor understands this debt is non-dischargeable and that Debtor is responsible for coming current on all post-petition obligations.

4. Debtor requests that permission to add the following language to the Non-Conforming Motion for Discharge:

    "I have not made post-petition payments to my homeowner's association. I

understand that my post-petition obligations are non-dischargeable and are my responsibility. I will contact my homeowner's association to work out a payment plan."

Debtor requests that the Court permit the filing of a non-conforming § 1328 certification containing the additional set forth herein and such further relief the Court finds just.

                Respectfully submitted,

                KEELING LAW FIRM

                /s/Kenneth A. Keeling
                Kenneth A. Keeling; TBN 11160500
                Yolanda Gutierrez; TBN 24041028
                Cristina Rodriguez; TBN 24049980
                Rebecca Keeling; TBN 24083295
                3310 Katy Freeway, Suite 200
                Houston, Texas 77007
                Tel: (713) 686-2222; Fax (713) 579-3058
                legal@keelinglaw.com

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served on all parties by electronic service or by United States First Class Mail on November 2, 2017, as follows:

DEBTOR(S)
Raul E. Nino
2419 Spring Lily Court
Spring, TX 77373

UNITED STATES TRUSTEE
United States Trustee
515 Rusk, Ste. 3516
Houston, TX   77002

CHAPTER 13 TRUSTEE
William E Heitkamp
9821 Katy Freeway Suite 590
Houston, TX 77024

CREDITOR(S)

Ascension Capital Group, Inc.
Attn: Capital One Auto
Finance, a divisi
P.O. Box 201347
Arlington, TX 76006

Curtis W. McCreight
Hoover Slovacek LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77056

Department Stores National
Bank/Macy's
Bankruptcy Processing
Po Box 8053
Mason, OH 45040

Dept Of Ed/sallie Mae
Po Box 9635
Wilkes Barre, PA 18773

Don Sumners, CPA, RTA
Tax Assessor-Collector
P.O. Box 4622
Houston, Texas 77210-4622

Enhanced Recovery Corp
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256

Fandistg
Po Box 22717
Rochester, NY 14692

FBCS Inc
2200 Byberry Rd Ste 120
Hatboro, PA 19040

Mackie Wolf Zientz & Mann, PC
14180 Dallas Pkwy., Ste660
Dallas, TX 75254

Main Street Acquisition Corp.,
assignee of DELMARVA
CAPITAL GROUP, LLC
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Marissa Aranda
7109 Karen St.
Houston, TX 77076

Nelnet
Attn: Claims
PO Box 17460
Denver, CO 80217

| | | |
|---|---|---|
| Ocwen Loan Servcing, LLC<br>1661 Worthington Rd., Ste. 100<br>West Palm Beach, FL 33409 | Park Spring HOA, Inc.<br>c/o VanMor Properties, Inc.<br>8711 Highway 6 North, Ste 270<br>Houston, TX 77095 | Patrick O'Connor & Assoc, LP<br>2200 North Loop West<br>Suite 200<br>Houston, TX 77018 |
| Portfolio Rc<br>Attn: Bankruptcy<br>PO Box 41067<br>Norfolk, VA 23541 | PRA Receivables Management, LLC<br>POB 41067<br>Norfolk, VA 23541 | Receivables Performance<br>20816 44th Ave W<br>Lynnwood, WA 98036 |
| Sallie Mae Inc. on behalf of Department of Education<br>P.O. Box 740351<br>Atlanta, GA. 30374-0351 | Silverleaf Vacation Cl<br>1221 Riverbend Dr., Suite 120<br>Dallas, TX 75247 | Slfc/Sallie Mae<br>Attn: Bankruptcy<br>PO Box 9500<br>Wilkes-Barre, PA 18773 |
| Spring ISD<br>P.O. Box 4826<br>Houston, TX 77210 | Timber Lane UD<br>PO Box 672346<br>Houston, TX 77267 | United Consumer Financial Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Ste 200<br>Tucson, AZ 85712 |
| University Of Phoenix<br>4025 S Riverpoint Pky<br>Phoenix, AZ 85040 | Wells Fargo<br>1 Home Campus X2303-01A<br>Des Moines, IA 50326 | Wfs Financial/Wachovia Dealer Services<br>10750 Forest St. Suite 200<br>Rancho Cucamonga, CA 91730 |

/s/Kenneth A. Keeling
Kenneth A. Keeling